IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS Gaming Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Slots Warehouse LLC, an Arizona limited liability company; David Heller, an individual; and Richard Brandon, an individual,<br><br>Defendants. | No. CV-12-02455-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation vacating impoundment and preliminary injunction hearing (Doc. 64), and good cause appearing,

**IT IS ORDERED** the Stipulation is **APPROVED**, and the Impoundment Orders (Doc. 21 and Doc. 33) are **CONFIRMED**. The Court shall retain the impounded items as listed in Doc. 34 in its custody and appoints Snell & Wilmer LLP as temporary custodians of those items pending the final resolution of this case. Snell & Wilmer has agreed to appoint as custodian of the original computer, original hard drive and impounded items, only Snell & Wilmer employees or members not working on the current matter. The parties have further agreed that said custodian or custodians (a) shall provide to Plaintiff and to Defendants a full image of each of the hard drives impounded as well as full access, for a reasonable time, to any and all impounded items (other than the original computer or hard drive), upon request made reasonably in advance to the opposing party,

in a private room or rooms at Snell & Wilmer outside the presence of the opposing party and/or their counsel; and (b) shall otherwise secure the original computer and hard drive such that no party nor its counsel of record has access, except that a party, its counsel or expert may obtain access to the original computer or hard drive if a party (i) demonstrates that a respective hard drive image is insufficient for a legitimate purpose related to this litigation, and (ii) provides a request to, and receives consent by the other parties, and places appropriate measures to prevent tampering.  The parties further agree that all access to any impounded items by any party or their authorized representative(s) shall be supervised by that party's counsel, who shall be present during said access.

**IT IS FURTHER ORDERED** that Defendants The Slots Warehouse LLC, David Heller, and Richard Brandon, along with their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of them and who have notice of this Order are immediately enjoined, for the duration of this case, from:

(a) Manufacturing, reproducing, copying, duplicating, purchasing, selling, trading, renting, exchanging, lending, distributing, transporting, transmitting, destroying, disposing of, advertising, promoting, offering to sell, or otherwise dealing with unauthorized copies of WMS Gaming Software, including but not limited to, the copyrighted works listed in Schedule A, attached hereto, and from otherwise infringing WMS's copyrights and trademarks;

(b) Offering to do any of the acts enjoined in the subparagraph (a) above, including, but not limited to, offering to do any of the acts via the use of an Internet web site, telephone, catalog, mail, or electronic mail;

(c) Destroying, altering, moving, encrypting, transferring, overwriting, deleting or otherwise disposing of any document or record, whether on paper, in electronic format, or on any other medium, that relates to the manufacture, reproduction, advertisement, offer for sale, sale, distribution or receipt of or payment for any unauthorized copies of WMS's

software, or that otherwise relate to unauthorized copies of WMS's software; and defendants shall instead take all affirmative steps necessary to capture and retain all such documents and records;

(d) Destroying, altering, moving, encrypting, transferring, overwriting, deleting or disposing of computer equipment, duplication equipment, software, hardware, computer disks, and other things used in connection with the manufacture, reproduction, copying, advertisement, offer for sale, sale or distribution of any unauthorized copies of WMS's Gaming Software; and

(e) Attempting, causing, or assisting any of the above-described enjoined acts to occur.

**IT IS FURTHER ORDERED** the hearing scheduled for March 19, 2013 at 2:00 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** the Scheduling Conference set for May 3, 2013 is **VACATED and RESET** to **March 20, 2013 at 11:00 a.m**. The parties shall consult the Court's February 6, 2013 order (Doc. 63) for their obligations related to the Scheduling Conference.

Dated this 8th day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge

# SCHEDULE A

| Description |
|---|
| *3-Alarm Fire,* VA 1-418-360, March 13, 2007 |
| *9 Suns,* VA 1-631-847, December 18, 2007 |
| *All That Glitters,* VA 1-639-649, March 26, 2008 |
| *All That Glitters 2 – Win It Again – Cascading Reels,* VA 1-701-088, January 25, 2010 |
| *American 7's Plus – 3RV,* VA 1-712-112, July 2, 2008 |
| *Ancient Fortunes,* VA 1-409-605, May 7, 2007 |
| *Australian Gold – Big Event Press Your Luck – 5RV,* VA 1-654-759, January 14, 2008 |
| *Ay Caramba – 4RM,* VA 1-712-109, July 2, 2008 |
| *Ay Caramba – 5RV,* VA 1-712-111, July 2, 2008 |
| *Bamboozled – Spinning Streak,* VA 1-770-406, February 15, 2011 |
| *Black Knight – G+ - 5RV,* VA 1-686-110, December 19, 2008 |
| *Blazing Phoenix,* VA 1-397-990, January 22, 2007 |
| *Blue Lagoon,* VA 1-369-886, May 17, 2006 |
| *Blue Moon – G+ - 5RV,* VA 1-694-283, January 22, 2009 |
| *Brazilian Beauty,* VA 1-397-988, January 22, 2007 |
| *Lucky Penny – Bright Diamonds,* VA 1-694-648, February 13, 2009 |
| *Buffalo Spirit – G+ Deluxe,* VA 1-722-822, May 25, 2010 |
| *Cafe Mula,* VA 1-341-062, October 21, 2005 |
| *Cajun Fire – X-Treme Reels – 3RM,* VA 1-694-280, January 22, 2009 |
| *Cascade Mountain - Cascading Reels,* VA 1-700-990, January 25, 2010 |
| *Cat's Meow,* VA 1-350-646, January 6, 2006 |
| *Cavalier – Hot Hot Super Respin,* VA 1-701-179, January 29, 2010 |
| *Chieftains – G+ - 5RV,* VA 1-686-087, December 19, 2008 |
| *China Moon – G+,* VA 1-712-055, July 2, 2008 |
| *Colossal Jackpots,* VA 1-347-313, February 10, 2006 |
| *Colossal Jackpots – 5RM,* VA 1-688-842, June 5, 2008 |
| *Count Money,* VA 1-393-665, January 22, 2007 |
| *Crystal Forest,* VA 1-397-991, January 22, 2007 |
| *Dean Martin's Wild Party,* VA 1-796-040, November 1, 2011 |
| *Diamond Ridge,* VA 1-350-647, January 6, 2006 |
| *Diamonds of Dublin,* VA 1-417-720, March 13, 2007 |
| *Double Life of Luxury,* VA 1-396-932, February 5, 2007 |
| *Double Stampede Deluxe,* VA 1-409-613, May 7, 2007 |

| **Description** |
| --- |
| *Dragon's Fire – G+ Deluxe,* VA 1-722-824, May 25, 2010 |
| *Dragon's Realm – G+ - 5x4,* VA 1-770-391, February 15, 2011 |
| *Egypt,* VA 1-669-712, November 28, 2007 |
| *Emerald Eyes,* VA 1-654-837, December 10, 2007 |
| *Enchanted Kingdom,* VA 1-393-663, January 22, 2007 |
| *Eye of the Dragon – Wrap Around Pays,* VA 1-694-271, January 22, 2009 |
| *Fairy's Fortune – G+ Deluxe,* VA 1-722-823, May 25, 2010 |
| *Far East Fortunes,* VA 1-401-049, February 5, 2007 |
| *Filthy Rich 2 Shakin' Bacon,* VA 1-622-362, September 28, 2007 |
| *Fortune Seeker,* VA 1-631-837, December 18, 2007 |
| *Fortunes of the Caribbean – Money Burst,* VA 1-705-381, March 5, 2010 |
| *Free Spin Frenzy,* VA 1-409-448, April 20, 2007 |
| *Free Spin Plunder,* VA 1-393-660, January 22, 2007 |
| *Fun House,* VA 1-369-885, May 17, 2006 |
| *Game of Dragons II – G+,* VA 1-712-040, July 2, 2008 |
| *Gem Hunter,* VA 1-362-024, May 19, 2006 |
| *Gems Gems Gems – Super Multi-Pay,* VA 1-809-887, February 15, 2012 |
| *Genie and the Sultan's Jewels,* VA 1-341-063, October 21, 2005 |
| *Glitz – Money Burst – 5RV,* VA 1-688-865, June 5, 2008 |
| *Gold Fish,* VA 1-640-838, March 26, 2008 |
| *Gold Fish Race for the Gold – LAP,* VA 1-700-887, January 27, 2010 |
| *Golden Chariots,* VA 1-384-966, October 10, 2006 |
| *Golden Emperor – G+ - 5x4,* VA 1-705-136, March 3, 2010 |
| *Golden Hammer – G+ - 5RM,* VA 1-705-147, March 3, 2010 |
| *Golden Maiden – Money Burst,* VA 1-809-879, February 17, 2012 |
| *Golden Pearl – Cascading Reels,* VA 1-700-508, January 25, 2010 |
| *Goosin' Around,* VA 1-669-727, November 28, 2007 |
| *Gorilla Chief – G+ - 5x4,* VA 1-770-410, January 14, 2011 |
| *Great Eagle,* VA 1-397-994, January 22, 2007 |
| *Great Eagle Returns – G+ Deluxe,* VA 1-798-352, November 15, 2011 |
| *Great Scot,* VA 1-409-446, April 20, 2007 |
| *Great Wall,* VA 1-340-499, October 24, 2005 |
| *Green Acres,* VA 1-384-182, October 27, 2006 |
| *Griffin's Gate,* VA 1-809-878, February 17, 2012 |

| Description |
|---|
| *Gusher,* VA 1-396-938, February 5, 2007 |
| *Hearts of Fire,* VA 1-712-067, July 2, 2008 |
| *Big Win!, et al.,* VA 1-701-811, February 4, 2010 |
| *Hearts of Venice – Hot Hot Super Respin,* VA 1-631-915, December 10, 2007 |
| *High Speed – Rotating Wild,* VA 1-633-679, December 18, 2007 |
| *Houdini – Rotating Wild,* VA 1-631-804, December 18, 2007 |
| *Instant Winner Classic,* VA 1-343-097, September 20, 2005 |
| *Invaders from the Planet Moolah,* VA 1-397-993, January 22, 2007 |
| *It Paid from Outer Space,* VA 1-409-609, May 7, 2007 |
| *Jackpot Block Party – I-Play – 5RV,* VA 1-694-278, January 22, 2009 |
| *Jackpot Canyon – Wrap Around Pays – 5RV,* VA 1-674-348, November 5, 2008 |
| *Jackpot Party Classic,* VA 1-343-095, September 20, 2005 |
| *Jade Elephant,* VA 1-341-064, October 21, 2005 |
| *Jewels of Africa – Spinning Streak,* VA 1-705-132, March 3, 2010 |
| *Jewels of the Night,* VA 1-393-669, January 22, 2007 |
| *Jungle Cats,* VA 1-401-046, February 5, 2007 |
| *Jungle Wild,* VA 1-418-362, May 13, 2007 |
| *Jungle Wild II – Money Burst – 5RV,* VA 1-694-287, January 22, 2009 |
| *Kaboom,* VA 1-409-447, April 20, 2007 |
| *Keepin' Up with the Joneses,* VA 1-639-653, March 26, 2008 |
| *Kilauea – Free Spin Eruption,* VA 1-669-728, November 28, 2007 |
| *King Midas,* VA 1-409-452, April 20, 2007 |
| *King of Africa,* VA 1-341-065, October 21, 2005 |
| *King of the Wild,* VA 1-397-989, January 22, 2007 |
| *Kingdom of the Titans – Spinning Streak,* VA 1-694-650, February 13, 2009 |
| *Kronos – G+ Deluxe,* VA 1-722-819, May 25, 2010 |
| *Lancelot – G+ - 5x4,* VA 1-760-069, February 8, 2011 |
| *Leprechaun's Gold Gettin Lucky,* VA 1-409-443, April 20, 2007 |
| *Life of Luxury,* VA 1-704-160, May 27, 2008 |
| *Life of Luxury Classic,* VA 1-704-167, May 27, 2008 |
| *Life of Luxury The Best Things in Life,* VA 1-689-575, April 20, 2009 |
| *Live Lobsters Dancing Nightly,* VA 1-409-606, May 7, 2007 |
| *Luau Loot,* VA 1-397-995, January 22, 2007 |
| *Lucky Lemmings,* VA 1-350-648, January 6, 2006 |

| | Description |
|---|---|
| 1 | |
| 2 | *Lucky Meerkats,* VA 1-631-806, December 18, 2007 |
| 3 | *Lucky Seals,* VA 1-409-445, April 20, 2007 |
| 4 | *Madame X – G+ - 5RV,* VA 1-705-188, March 3, 2010 |
| 5 | *Magic Time,* VA 1-764-674, March 11, 2011 |
| 6 | *Maori Riches – Wrap Around Pays – 5RV,* VA 1-694-259, January 22, 2009 |
| 7 | *Mardi Gras Madness – 5RV,* VA 1-688-812, June 5, 2008 |
| 8 | *Match Game,* VA 1-384-184, October 27, 2006 |
| 9 | *Mayan Sun – HHSJ,* VA 1-688-877, June 5, 2008 |
| 10 | *Mermaid's Gold,* VA 1-396-939, February 5, 2007 |
| 11 | *Mermaid's Gold – LAVA,* VA 1-689-705, May 11, 2009 |
| 12 | *Milk Money,* VA 1-639-612, March 26, 2008 |
| 13 | *Mojo Rising,* VA 1-809-871, February 20, 2012 |
| 14 | *Money to Burn – 3RM,* VA 1-674-739, May 14, 2008 |
| 15 | *Money to Burn – Video,* VA 1-723-702, June 17, 2010 |
| 16 | *Money to Burn Classicm* VA 1-639-618, March 26, 2008 |
| 17 | *Money to Burn Multiplying Progressive,* VA 1-694-284, January 22, 2009 |
| 18 | *Moolah Rouge,* VA 1-369-883, May 17, 2006 |
| 19 | *Moon Rising - G+,* VA 1-700-753, January 25, 2010 |
| 20 | *Mystical Dragons – Money Burst,* VA 1-705-379, March 5, 2010 |
| 21 | *Nautilus – Super Multi-Pay,* VA 1-760-048, February 10, 2011 |
| 22 | *Neptune's Kingdom,* VA 1-393-670, January 22, 2007 |
| 23 | *Neptune's Kingdom II,* VA 1-393-666, January 22, 2007 |
| 24 | *Open the Vault,* VA 1-384-958, October 10, 2006 |
| 25 | *Palace of Riches II,* VA 1-393-664, January 22, 2007 |
| 26 | *Palace of Riches III – Hot Hot Super Respin – 5RV,* VA 1-710-372, December 8, 2008 |
| 27 | *Pay Dirt,* VA 1-341-066, October 21, 2005 |
| 28 | *Pegasus,* VA 1-409-442, April 20, 2007 |
| | *Plataea – Hot Hot Super Respin,* VA 1-705-179, March 3, 2010 |
| | *Pyramid of the Kings,* VA 1-350-645, January 6, 2006 |
| | *Quackers,* VA 1-312-057, May 2, 2005 |
| | *Queen of the Wild – G+ Deluxe,* VA 1-760-049, February 10, 2011 |
| | *Queen's Knight – Money Burst – 5RV,* VA 1-686-077, December 19, 2008 |
| | *Rakin' It In,* VA 1-409-607, May 7, 2007 |

- 4 -

| **Description** |
|---|
| *Reel 'Em In Big Bass Bucks,* VA 1-336-914, September 15, 2005 |
| *Reel 'Em In Classic,* VA 1-336-915, September 15, 2005 |
| *Reel 'Em In Compete to Win – Pegasus II – 5RV – WAP,* VA 1-710-362, December 8, 2008 |
| *Reel 'Em In Poker,* VA 1-350-650, January 6, 2006 |
| *Reel Rich Devil – Spinning Streak,* VA 1-654-836, December 10, 2007 |
| *Return to Planet Loot – Money Burst,* VA 1-726-205, February 13, 2009 |
| *Rich Little Piggies,* VA 1-639-613, March 26, 2008 |
| *Rich Little Piggies,* VA 1-384-960, October 10, 2006 |
| *Riches of Rome,* VA 1-401-048, February 5, 2007 |
| *Ring Quest,* VA 1-712-115, June 9, 2008 |
| *Rising Fortunes – G+ - 5RV,* VA 1-686-075, December 19, 2008 |
| *River Belle,* VA 1-393-672, January 22, 2007 |
| *Road to Riches,* VA 1-362-030, May 19, 2006 |
| *Robin Hood's Sherwood Treasure,* VA 1-362-025, May 19, 2006 |
| *Roman Dynasty – G+,* VA 1-712-064, July 2, 2008 |
| *Rome & Egypt – G+ - 5x4,* VA 1-705-191, March 3, 2010 |
| *Rose of Cairo – G+ - 5RM,* VA 1-710-375, December 8, 2008 |
| *Royal Treasures,* VA 1-369-884, May 17, 2006 |
| *Running Wild,* VA 1-409-604, May 7, 2007 |
| *Sabertooth – G+ - 5x4,* VA 1-705-196, March 3, 2010 |
| *Samurai Master,* VA 1-669-725, November 28, 2007 |
| *Sea Tales – G+ Deluxe,* VA 1-722-820, May 25, 2010 |
| *Sheepload of Cash,* VA 1-409-611, May 7, 2007 |
| *Shimmer – G+ - 5RV,* VA 1-686-134, December 19, 2008 |
| *Silk Kimono,* VA 1-669-708, November 28, 2007 |
| *Silver Sword – Super Multi Pay,* VA 1-700-941, January 25, 2010 |
| *Silverback – Wrap Around Pays – 5RV,* VA 1-674-354, November 5, 2008 |
| *Slotsky,* VA 1-639-614, March 26, 2008 |
| *St. Petersburg – Super Multi-Pay,* VA 1-809-844, February 20, 2012 |
| *Stroke of Luck,* VA 1-384-964, October 10, 2006 |
| *Super Huge 7's,* VA 1-347-305, February 10, 2006 |
| *Super Huge 7's – 5RM – X-Treme Reels,* VA 1-654-831, December 10, 2007 |
| *Super Jackpot Party,* VA 1-401-050, February 5, 2007 |

| **Description** |
|---|
| *Super Jungle Wild – Reel Boost,* VA 1-798-094, December 28, 2011 |
| *Suraci – G+,* VA 1-700-755, January 25, 2010 |
| *Swords of Honor – G+ - 5RV,* VA 1-686-101, December 19, 2008 |
| *Thai Treasures,* VA 1-393-667, January 22, 2007 |
| *The Big Money Cheese Caper,* VA 1-409-444, April 20, 2007 |
| *The Big Money Show – G+ - 5RV,* VA 1-686-047, December 19, 2008 |
| *Tiger's Realm – Hot Hot Super Respin – 5RV,* VA 1-686-065, December 19, 2008 |
| *Lucky Penny – Treasure Ceremony,* VA 1-694-649, February 13, 2009 |
| *Treasure Diver,* VA 1-393-668, January 22, 2007 |
| *Treasure Tour USA,* VA 1-393-671, January 22, 2007 |
| *Valiant Knight – G+ - 5RM,* VA 1-705-375, March 5, 2010 |
| *Vampire's Embrace – G+ Deluxe,* VA 1-760-050, February 10, 2011 |
| *Village People Party,* VA 1-639-641, March 26, 2008 |
| *Viva Mambo,* VA 1-409-612, May 7, 2007 |
| *Voyages of Sinbad – Money to Burn Progressive – 5RV,* VA 1-674-358, November 5, 2008 |
| *Whipping Wild – Wrap Around Pays,* VA 1-632-429, December 18, 2007 |
| *Wild and Wilder – 5RM,* VA 1-688-844, June 5, 2008 |
| *Wild Frontier – G+,* VA 1-705-382, March 5, 2010 |
| *Wild Shootout – Reel Boost – 5RV,* VA 1-759-944, February 9, 2011 |
| *Wild Stampede – G+ - 5x4,* VA 1-809-884, February 28, 2012 |
| *Wild Wilderness,* VA 1-312-058, May 2, 2005 |
| *Wild Zone,* VA 1-417-721, March 13, 2007 |
| *Winning Bid,* VA 1-639-630, March 26, 2008 |
| *Winning Bid 2 – I-Play,* VA 1-700-939, January 25, 2010 |
| *Winning Bid Classic,* VA 1-639-633, March 26, 2008 |
| *Winter Wolf – G+ Deluxe,* VA 1-722-825, May 25, 2010 |
| *Wolverton – 5RV,* VA 1-674-355, November 5, 2008 |
| *Xerxes – Money Burst – 5RV,* VA 1-686-114, December 19, 2008 |
| *Zanzibar – G+ Deluxe,* VA 1-760-058, February 9, 2011 |
| *Zeus,* VA 1-397-992, January 22, 2007 |
| *Zeus II – Hot Hot Super Respin,* VA 1-631-891, December 10, 2007 |
| *Zeus III,* VA 1-762-245, February 9, 2011 |
| *Double Swords & Shields – 3RM*, VA 1-674-352, November 5, 2008 |

| **Description** |
| --- |
| *Witches Brew – 3RM,* VA 1-710-373, December 8, 2008 |