Sid Leach (#019519)
David E. Rogers (#019274)
David G. Barker (#024657)
Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
sleach@swlaw.com
drogers@swlaw.com
dbarker@swlaw.com
jcjones@swlaw.com

Attorneys for Plaintiff WMS Gaming Inc.

Joseph Meaney (#017371)
Wendy K. Akbar (#025340)
VENABLE, CAMPILLO, LOGAN &
MEANY, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone: 602.631.9100
Facsimile: 602.631.4529
jmeaney@vclmlaw.com
wakbar@vclmlaw.com

Attorneys for Defendants The Slots Warehouse
LLC, David Heller, and Richard Brandon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WMS Gaming Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Slots Warehouse LLC; David Heller; and Richard Brandon, <br><br> Defendants. | No. CV-12-2455-PHX-ROS <br><br> **STIPULATION FOR THE ENTRY OF A CONSENT DECREE** |

Plaintiff WMS Gaming Inc. and Defendants The Slots Warehouse LLC and David Heller jointly request and stipulate to the entry of the Consent Decree in the form attached hereto as Exhibit A and concurrently lodged herewith. This Consent Decree will dispose of all remaining claims and counterclaims in this action.

DATED this 30th day of August, 2013.

        SNELL & WILMER L.L.P.


By:   s/Jacob C. Jones
     Sid Leach
     David E. Rogers
     David G. Barker
     Jacob C. Jones
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona  85004-2202

Attorneys for WMS Gaming Inc.


VENABLE, CAMPILLO, LOGAN & MEANY, P.C.


By:   s/Joseph Meaney (with permission)
     Joseph Meaney
     Wendy K. Akbar
     1938 East Osborn Road
     Phoenix, AZ 85016

Attorneys for Defendants The Slots Warehouse LLC, David Heller, and Richard Brandon

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants of record.

By  s/KathySprinkle

17578367